1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>WIZARDS OF THE COAST LLC, a foreign limited liability company; HASBRO, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>      Defendants. | NO. 2:24-cv-01111<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

Defendants Wizards of the Coast LLC ("Wizards") and Hasbro, Inc. ("Hasbro") (collectively, "Defendants") hereby answer and respond to Plaintiff's Class Action Complaint for Discrimination ("Complaint") using like-numbered headings and paragraphs:

## I. NATURE OF THE EPOA

1. The allegations in Paragraph 1 purport to be a summary of the Plaintiff's action against Defendants to which no response is required. To the extent a response is required, Defendants deny the allegations.

2. The allegations in Paragraph 2 are a restatement of the law to which no response is required. To the extent a response is required, Defendants deny any violation of RCW 49.58.110(1).

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

3.      The allegations in Paragraph 3 are a restatement of the law to which no response is required. To the extent a response is required, Defendants deny any violation of RCW 49.58.005.

4.      The allegations in Paragraph 4 purport to be a summary or supporting documentation of "research" to which no response is required. To the extent a response is required, the cited article speaks for itself.

5.      The allegations in Paragraph 5 are a restatement of the law and legislative history to which no response is required. To the extent a response is required, the cited history and statutes speak for themselves.

6.      through 8. The allegations in Paragraphs 6 to 8 purport to be a summary of or supporting documentation of Plaintiff's action against Defendants to which no response is required. To the extent a response is required, the cited article speaks for itself.

9.      The allegations in Paragraph 9 purport to be a summary of or supporting documentation of about the state of Colorado to which no response is required. To the extent a response is required, the cited article speaks for itself.

10.     The allegations in Paragraph 10 purport to be a statement of the Plaintiff's action to which no response is required. To the extent a response is required, Defendants deny the allegations.

11.     The allegations in Paragraph 11 are request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations.

## II.      JURISDICTION AND VENUE

12.     The allegations contained in Paragraph 12 are a legal conclusion to which no response is required. To the extent a response is required, Defendants admit the allegations contained in Paragraph 12.

13.     Defendants admit the allegations contained in Paragraph 13 to the extent that the job for which Plaintiff allegedly applied is located in Renton, Washington. Defendants lack

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

knowledge or information sufficient to form a belief about the truth the remaining allegations in Paragraph 13 and therefore, deny the same.

14.     The allegations contained in Paragraph 14 are a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations regarding federal jurisdiction. Instead, federal jurisdiction is appropriate under the Class Action Fairness Act.

### III. PARTIES

15.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Plaintiff's residence and therefore deny them. Deny the remaining allegations contained in Paragraph 15.

16.     Defendants admit the allegations contained in Paragraph 16.

17.     Defendants admit that Defendant Hasbro is a foreign corporation that transacts business in King County, Washington. Defendants deny the remaining allegations contained in Paragraph 17.

18.     Defendants admit that Plaintiff purports to reserve the right to name additional defendants in Paragraph 18 and Defendants will respond to any such attempts at the appropriate time. To the extent a response a required, Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraph 18 and therefore, deny the same.

### IV.  STATEMENT OF FACTS

19.     The allegations contained in Paragraph 19 are a restatement of the law to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself.

20.     The allegations contained in Paragraph 20 are a restatement of the law to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself.

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

1          21.       Defendants admit that they employ more than 15 individuals.

2          22.       Defendants admit that they have received applications from individuals and

3    Plaintiff in response to job postings for jobs located in Washington state since January 1,

4    2023. The remaining allegations contained in Paragraph 22 constitute a legal conclusion to

5    which no response is required. To the extent a response is a required, Defendants deny the

6    same and that class treatment is appropriate.

7          23.       Defendants deny the allegations contained in Paragraph 23.

8          24.       Defendants deny the allegations contained in Paragraph 24.

9          25.       The allegations contained in Paragraph 25 are a legal conclusion to which no

10   response is required. To the extent a response is required, Defendants deny that they refused

11   to post a wage scale or salary range in job postings.

12         26.       Defendants admit that Plaintiff applied for a position with Defendant Wizards

13   on May 31, 2024.

14         27.       Defendants lack knowledge or information sufficient to form a belief about

15   the truth of the allegations contained in Paragraph 27 and therefore, deny them.

16         28.       The allegations contained in Paragraph 28 are a legal conclusion to which no

17   response is required. To the extent a response is required, Defendants admit the allegations

18   contained in Paragraph 28.

19         29.       Defendants lack information as to the truth or falsity of the allegations contained

20   in Paragraph 29 and therefore, deny the same.

21         30.       Defendants deny the allegations in Paragraph 30 to the extent Exhibit 1

22   attached to Plaintiff's Complaint speaks for itself. Defendants further answer that it lacks

23   information and knowledge as to the authenticity of this exhibit and therefore, deny the same.

24         31.       Through 35. Defendants deny the allegations Paragraphs 31 to 35.

25

26

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 4

FP 51634723.1

36.    The allegations contained in Paragraph 36 are a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 36.

37.    Defendants deny the allegations contained in Paragraph 37 and that class treatment is appropriate.

38.    Defendants deny the allegations contained in Paragraph 38 and that class treatment is appropriate.

39.    The allegations contained in Paragraph 39 are a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 39 and that class treatment is appropriate.

40.    The allegations contained in Paragraph 40 are a request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 40 and that class treatment is appropriate.

## V.  CLASS ACTION ALLEGATIONS

41.    Defendants admit Plaintiff purports to bring his claims on a class basis. Defendants deny class treatment is appropriate. Defendants deny all remaining allegations.

42.    Defendants admit Plaintiff purports to bring his claims on a class basis. Defendants deny class treatment is appropriate. Defendants deny all remaining allegations.

43.    Defendants admit Plaintiff purports to bring his claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 43 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants admit dozens of individuals applied for jobs with Defendants since January 1, 2023.  Defendants otherwise deny the allegations

44.    Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 44

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 5

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

45. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 45 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

46. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 46 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

47. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 47 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

48. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 48 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

## VI.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### VIOLATION OF RCW 49.58.110
*Claim of Relief for Plaintiff and the Class*

49. Defendants incorporate and reallege all preceding paragraphs as if fully stated herein.

50. The allegations contained in Paragraph 50 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 6

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

51.     Defendants admit they have received applications from individuals in response to job postings for jobs in Washington state since January 1, 2023. The remaining allegations contained in Paragraph 51 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

52.     The allegations contained in Paragraph 52 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

53.     The allegations contained in Paragraph 53 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

54.     The allegations contained in Paragraph 54 are a request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations.

55.     The allegations contained in Paragraph 55 are a request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations.

## VIII. REQUEST FOR RELIEF

Defendants deny that Plaintiff and the purported class are entitled to any of the relief sought herein.

## GENERAL DENIAL

Except as expressly admitted above, Defendants deny each and every allegation in the Complaint.

## AFFIRMATIVE DEFENSES

WHEREFORE, having answered the Plaintiff's Complaint, BY WAY OF FURTHER ANSWER AND DEFENSE, Defendants asserts the following affirmative defenses:

1.     Plaintiff has failed to state claim for which relief can be granted.

2.     To the extent Plaintiff or the real parties in interest have failed to mitigate their alleged damages, Defendants are not responsible for such damages.

3.     To the extent Plaintiff's damages or the damages of the real parties in interest,

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 7

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

1 | if any such damages exist, were caused by Plaintiff, or others not under Defendants' control, or

2 | any other superseding cause, Defendants are not responsible for such damages.

3 |     4.    Any damages recovered by Plaintiff or the real parties in interest must be offset

4 | by any compensation the real parties in interest have received or could have received with

5 | reasonable diligence for the period for which they seek damages.

6 |     5.    Defendants' actions and conduct, to the extent those occurred as alleged, were

7 | objectively reasonable under the circumstances of which the Defendants were then aware and

8 | complied with all legal obligations.

9 |     6.    Defendants' actions or inactions were justified, legal, legitimate, and made in

10 | good faith, with reasonable grounds for believing its actions or inactions did not violate the law.

11 |     7.    To the extent the doctrine of after-acquired evidence applies, pending further

12 | investigation and discovery, Defendants reserve the right to seek dismissal of some or all of

13 | Plaintiff's claims.

14 |     8.    Some of Plaintiff's claims, or those of whom he seeks to represent, may be

15 | barred by the doctrines of estoppel, waiver, release, payment, and/or accord and satisfaction to

16 | the extent the alleged individual claims of any real party in interest have been resolved.

17 |     9.    Plaintiff's claims are barred by the statute of limitations to the extent they

18 | involve transactions, events, or allegations and/or seek damages for periods of time outside the

19 | applicable limitation period.

20 |     10.    Plaintiff's proposed class fails to satisfy the prerequisites for class or collective

21 | treatment under applicable law and, therefore, the class or collective allegations in the

22 | Complaint should be stricken and dismissed.

23 |     11.    Plaintiff's Complaint fails to adequately plead a valid class or collective claim

24 | in that it fails to state a valid claim for relief as to each allegedly similarly situated putative class

25 | member and fails to identify any other potential plaintiffs.

26 |     12.    Class certification is inappropriate due to conflicts of interest between Plaintiff

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 8

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

and putative class members, or between and among putative class or subclass members.

13.    Plaintiff's claims are barred to the extent that any award in this action would constitute unjust enrichment.

14.    Plaintiff was not good faith, or bona fide, applicant of Defendants.

15.    Plaintiff's claims are barred by the doctrine of unclean hands.

Defendants reserve the right to amend this answer to assert additional defenses or affirmative defenses, counterclaims, third-party claims or cross-claims as may be appropriate pending further discovery, and nothing contained in this Answer to Plaintiff's Complaint should be construed as a waiver of any such additional defenses or claims.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered the Complaint and having asserted their affirmative defenses thereto, Defendants respectfully requests the following relief:

1. Dismissing this action with prejudice;

2. Granting Defendants their reasonable attorney's fees, costs, disbursements, and all damages proven at trial, including, but not limited to, fees and costs pursuant to any and all pertinent statutory and common law provisions; and

3. For such other and further relief in Defendants' favor against Plaintiff as the court may deem just and equitable.

DATED this 24th day of July 2024.

FISHER & PHILLIPS LLP

By *s/ Catharine M. Morisset*

Catharine M. Morisset, WSBA #29682
Ryan Jones, WSBA # 52566
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 682-2308
Fax: (206) 682-7907
Email:    cmorisset@fisherphillips.com
            rrjones@fisherphillips.com
*Attorneys for Defendants*

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 9

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
*Attorneys for Plaintiff*

Executed on July 24, 2024, in accordance with 28 USC 1746., at Seattle, Washington.

_____
Jazmine Matautia

ANSWER AND AFFIRMATIVE DEFENSES
(24-0111) - Page 10

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51634723.1