THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WIZARDS OF THE COAST LLC, a foreign limited liability company; HASBRO, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | NO. 2:24-cv-01111<br><br>ORDER ON STIPULATED MOTION FOR BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION TO REMAND |

## **ORDER**

This matter came before the Court on the parties' Stipulated Motion for Briefing Schedule re Plaintiff's Motion to Remand. The Court has reviewed the parties' Stipulated Motion and considered the files and pleadings in this case and hereby ORDERS that the proposed scheduling set forth in the stipulation are adopted and approved by the Court:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Opposition to Plaintiff's Motion to Remand | September 13, 2024 | September 27, 2024 |
| Plaintiff's Reply to Motion to Remand | September 27, 2024 | October 11, 2024 |

ORDER ON STIP. MOT. FOR BRIEFING SCHED. RE: PLTF. MOTION TO REMAND (24-01111) Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 52233518.1

DATED this 13th day of September, 2024.

*[signature: Barbara J. Rothstein]*

The Honorable Barbara J. Rothstein
United States District Court Judge

Presented By:

DATED this 13th day of September, 2024.

FISHER & PHILLIPS LLP

By *s/ Catharine M. Morisset*
Catharine M. Morisset, WSBA #29682
Ryan Jones, WSBA # 52566
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 682-2308
Fax: (206) 682-7907
Email: cmorisset@fisherphillips.com
   rrjones@fisherphillips.com
*Attorneys for Defendants*

EMERY REDDY, PLLC

By s/ Timothy W. Emery (*with permission*)
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart St., Suite 1100
Seattle, WA 98101
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
*Attorneys for Plaintiff*

ORDER ON STIP. MOT. FOR BRIEFING SCHED. RE: PLTF. MOTION TO REMAND (24-01111) Page 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 52233518.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Emery Reddy, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
*Attorneys for Plaintiff*

Executed on September 13, 2024, in accordance with 28 USC 1746., at Seattle, Washington.

_____
Jazmine Matautia

ORDER ON STIP. MOT. FOR BRIEFING SCHED. RE: PLTF. MOTION TO REMAND (24-01111) Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 52233518.1