UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff - Respondent,<br><br> v.<br><br>HASBRO, INC., a foreign profit corporation and WIZARDS OF THE COAST, LLC, a foreign limited liability company,<br><br>   Defendants - Petitioners. | No. 26-182<br><br>D.C. No.<br>24-1111<br>Western District of Washington, Seattle<br><br>ORDER |

Before: SILVERMAN and NGUYEN, Circuit Judges.

The motion (Docket Entry No. 9) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1453(c); *Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (describing factors this court considers in analyzing a CAFA petition).